# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-10858

United States Court of Appeals
Fifth Circuit

**FILED**
June 20, 2018

Lyle W. Cayce
Clerk

SURREY OAKS, L.L.C.; STANLEY XU; NANLING CHEN,

Plaintiffs–Appellants,

v.

EVANSTON INSURANCE COMPANY,

Defendant–Appellee.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:16-CV-516

Before SMITH, WIENER, and WILLETT, Circuit Judges.

PER CURIAM:*

Appellants believe Evanston Insurance failed to discharge its obligation to include Surrey Oaks as a payee on an insurance policy claim check. In response, Evanston Insurance asserts it did not know Surrey Oaks was entitled to the policy proceeds.

After carefully considering the briefs, oral argument, and pertinent portions of the record, we find no error by the district court. We therefore AFFIRM the judgment of the district court essentially for the reasons

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-10858

articulated by the court in its Memorandum Opinion and Order of July 19, 2017.